UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
LOWER MANHATTAN DISASTER
SITE LITIGATION

21MC102(AKH)

CRISTHIAN TAPIA,

08CV2248(AKH)

Plaintiff(s),

**NOTICE OF APPEARANCE**

-against-

2 BROADWAY LLC, et al.,

Defendants.

    **PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **2 BROADWAY LLC** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:    New York, New York
            May 20, 2008

    Yours etc.,

    HARRIS BEACH PLLC
    *Attorneys for Defendant*
    **2 BROADWAY LLC**

    _____/s/_____
    Stanley Goos, Esq. (SG-7062)
    100 Wall Street
    New York, NY  10005
    212 687-0100
    212 687-0659 (Fax)

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on May 20, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1. 2 Broadway LLC Notice of Appearance

Dated: May 20, 2008

>                          /s/
> Stanley Goos, Esq. (SG 7062)