UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION                                                                   21 MC 102
-------------------------------------------------------------------------x
CRISTHIAN TAPIA,                                                             08CIV2248
                                    Plaintiffs,
            - against —

2 BROADWAY LLC, 37 BENEFITS FUND
TRUST, 4101 AUSTIN BLVD CORPORATION,
55 WATER STREET CONDOMINIUM, 63
WALL STREET INC, 63 WALL, INC., ALAN
BCASMAN DBA KASCO, AMBIENT GROUP,
INC., AMERICAN EXPRESS BANK, LTD,
AMERICAN EXPRESS COMPANY, AMERICAN
EXPRESS TRAVEL RELATED SERVICES
COMPANY, INC., ANN TAYLOR STORES
CORPORATION, BANKERS TRUST
COMPANY, BANKERS TRUST CORP.,
BANKERS TRUST NEW YORK
CORPORATION, BATTERY PARK CITY
AUTHORITY, BFP TOWER C CO. LLC, BFP
TOWER C MM LLC, BLACKMON-MOORINGSTEAMATIC
CATASTOPHE, INC. D/B/A BMS
CAT, BROOKFIELD FINANCIAL PROPERTIES,
INC., BROOBCFIELD FINANCIAL PROPERTIES,
LP, BROOKFIELD PARTNERS, LP,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS INC,
BROWN BROTHERS HARRIMAN & CO., INC.,
COLLIERS ABR INC, DEUTSCHE BANK
TRUST COMPANY AMERICAS, DEUTSCHE
BANK TRUST CORPORATION, ELAINE
ESPEUT, AS TRUSTEE UNDER A
DECLARATION OF TRUST, ENVIROTECH
CLEAN AIR, INC, FGP 90 WEST STREET INC.,
FRANK MORELLI, AS TRUSTEE UNDER A
DECLARATION OF TRUST, GPS
ENVIRONMENTAL CONSULTANTS, INC,
HILLMAN ENVIRONMENTAL GROUP, LLC,
INDOOR ENVIRONMENTAL TECfINOLOGY,
INC, J.P. MORGAN CHASE CORPORATION,
JONES LANG LASALLE AMERICAS, INC,
JONES LANG LASALLE SERVICES, INC,
ICASCO RESTORATION SERVICES CO., KIBEL
COMPANIES, LEHMAN BROTHERS
HOLDINGS INC., LEHMAN BROTHERS, INC,
LEHMAN COMMERCIAL PAPER, INC.,

MANUFACTURERS HANOVER TRUST
COMPANY, MERRILL LYNCH & CO, INC,
NEW WATER STREET CORP., NOMURA
HOLDING AMERICA, INC., NOMURA
SECURITIES INTERNATIONAL, INC., ONE
WALL STREET HOLDINGS, LLC,
STRUCTURE TONE (UK), INC., STRUCTURE
TONE GLOBAL SERVICES, INC., THE BANK
OF NEW YORK COMPANY, INC., TISHMAN
INTERIORS CORPORATION, TISHMAN
SPEYER PROPERTIES, TOSCORP INC.,
TRAMMELL CROW COMPANY, TRAMMELL
CROW CORPORATE SERVICES, INC.,
TUCKER ANTHONY, INC., V CUCINIELLO,
WESTON SOLUTIONS, INC., WFP RETAIL CO.
G.P. CORP., WFP RETAIL CO. L.P., WFP
TOWER A CO., WFP TOWER A CO. G.P.
CORP., WFP TOWER A. CO., L.P., WFP TOWER
B CO. G.P. CORP., WFP TOWER B HOLDING
CO., LP, WFPTOWER B. CO., L.P., WFP TOWER
D CO. G.P. CORP., WFP TOWER D HOLDING
CO. I L.P., WFP TOWER D HOLDING CO. II
L.P., WFP TOWER D HOLDING I G.P. CORP.,
AND WFP TOWER D. CO., L.P., ET AL

                                    Defendants.

------------------------------------------------------------------------x


## ENVIROTECH CLEAN AIR'S ANSWER TO COMPLAINT BY ADOPTION

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
      May 28, 2008

                Yours, etc.

                FRIEDMAN, HARFENIST, LANGER & KRAUT
                Attorneys for Defendant –Envirotech
                3000 Marcus Avenue, Suite 2E1
                Lake Success, New York 11042
                (516) 775-5800

BY: _____
                    Heather L. Smar (4622)