Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
BROWN BROTHERS HARRIMAN & CO., i/s/h/a
BROWN BROTHERS HARRIMAN & CO., INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X    21 MC 102 (AKH)

CRISTHIAN TAPIA,                                     Index No.:  08-CV-2248

                   Plaintiff(s),    **NOTICE OF ADOPTION OF ANSWER
TO MASTER COMPLAINT**

  -against-                                         **ELECTRONICALLY FILED**

2 BROADWAY LLC, *et al.*,

                  Defendant(s).
--------------------------------------------------------X

      PLEASE TAKE NOTICE that Defendant, BROWN BROTHERS HARRIMAN & CO.,
i/s/h/a BROWN BROTHERS HARRIMAN & CO., INC,. by its attorneys, McGIVNEY &
KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption
(Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action,
hereby adopts its Answer to Master Complaint dated August 1, 2007, which was filed in the
matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102
(AKH).

      WHEREFORE, the defendant, BROWN BROTHERS HARRIMAN & CO., i/s/h/a
BROWN BROTHERS HARRIMAN & CO., INC., demands judgment dismissing the above-
captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court

deems just and proper.

Dated: New York, New York
      June 20, 2008

                  Yours etc.,

                  McGIVNEY & KLUGER, P.C.
                  Attorneys for Defendant
                  BROWN BROTHERS HARRIMAN & CO., i/s/h/a
                  BROWN BROTHERS HARRIMAN & CO., INC.

                  By:

                  Richard E. Leff (RL-2123)
                  80 Broad Street, 23rd Floor
                  New York, New York 10004
                  (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site
        Litigation
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267-3700

        All Defense Counsel