Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
DISTRICT COUNCIL 37 BENEFITS FUNDS TRUST
i/s/h/a 37 BENEFITS FUND TRUST

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 102 (AKH)

CRISTHIAN TAPIA,                                            Index No.: 08-CV-2248

                        Plaintiff(s),    **NOTICE OF ADOPTION OF ANSWER**
                                         **TO MASTER COMPLAINT**
   -against-

                                                                              **ELECTRONICALLY FILED**
2 BROADWAY LLC., *et al.*,

                        Defendant(s).
------------------------------------------------------------X

    PLEASE TAKE NOTICE that Defendant, DISTRICT COUNCIL 37 BENEFITS FUNDS TRUST i/s/h/a 37 BENEFITS FUND TRUST, by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

    WHEREFORE, the defendant, DISTRICT COUNCIL 37 BENEFITS FUNDS TRUST i/s/h/a 37 BENEFITS FUND TRUST, demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      June 20, 2008

                                  Yours etc.,

                                  McGIVNEY & KLUGER, P.C.
                                  Attorneys for Defendant
                                  DISTRICT COUNCIL 37 BENEFITS FUNDS
                                  TRUST i/s/h/a 37 BENEFITS FUND TRUST

                                  By: _____
                                  Richard E. Leff (RL-2123)
                                  80 Broad Street, 23rd Floor
                                  New York, New York 10004
                                  (212) 509-3456

TO:     WORBY GRONER & NAPOLI BERN, LLP
          Plaintiffs Liaison
          In Re Lower Manhattan Disaster Site
          Litigation
          115 Broadway, 12th Floor
          New York, New York 10006
          (212) 267-3700

          All Defense Counsel