UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER         :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION     :
:
:
:
:
:
-----------------------------------------------------------------X
CRISTHIAN TAPIA,                       :   08-CV-02248-AKH
:
Plaintiff,            :
:   **APPEARANCE**
- against -                            :
:   **ELECTRONICALLY FILED**
2 BROADWAY LLC, *et al.*,              :
:
Defendants.           :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York            DICKSTEIN SHAPIRO LLP
        June 30, 2008

                                By:     /s/ Judith R. Cohen
                                      _____

                                      Judith R. Cohen (JC-8614)
                                      1177 Avenue of the Americas
                                      New York, New York 10036
                                      Phone: (212) 277-6500
                                      Fax: (212) 277-6501

                                      *Attorney for Defendant*
                                      MERRILL LYNCH & CO., INC.

DOCSNY-314407